1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TYSON JOIEL SUGGS,

11              Petitioner,                        No. CIV S-09-2592 GGH P

12         vs.

13    THE PEOPLE OF THE STATE OF
      CALIFORNIA,

14
                Respondent.                        ORDER
15    _____/

16              Examination of this action and the court's records reveals that the petitioner has

17    previously filed a petition for relief in the same matter.[1]  (No. CIV S-08-2159 MCE KJM P).

18    Pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Judge and

19    Magistrate Judge who considered the prior petition.

20              The parties should be aware that reassigning this action under Local Rule 81-

21    190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who

22    considered the prior petition; no consolidation of the actions is effected.

23    /////

24    /////

25    _____

26         [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
      803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  This action is reassigned to Judge Morrison C. England, Jr. and Magistrate

3    Judge Kimberly J. Mueller for all further proceedings; henceforth, the caption on documents filed

4    in this action shall be shown as No. CIV S-09-2592 MCE KJM P; and

5    2.  The Clerk of the Court shall make appropriate adjustment in the assignment of

6    civil cases to compensate for this reassignment.

7    DATED: September 28, 2009

8

9    /s/ Gregory G. Hollows

10   GREGORY G. HOLLOWS
     UNITED STATES MAGISTRATE JUDGE

11   GGH:kly
     sugg2592.190

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26