IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON JOIEL SUGGS,

     Petitioner,                  No. CIV S-09-2592 MCE KJM P

    vs.

THE PEOPLE OF THE STATE
OF CALIFORNIA,

     Respondent.                 <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that respondent shall notify this court, within fourteen days, whether they have any objection to the dismissal of this action. Should respondent fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). <u>See</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: October 21, 2010.

                                             U.S. MAGISTRATE JUDGE

/mp
sugg2592.159a