IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON JOIEL SUGGS,

    Petitioner,                     No. CIV S-09-2592 MCE KJM P

    vs.

THE PEOPLE OF THE STATE
OF CALIFORNIA,

    Respondent.                  ORDER

/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Respondent does not oppose the request. As provided by Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: December 8, 2010.

_____
U.S. MAGISTRATE JUDGE

2 sugg2592.59